Leonard Arthur STRICKLAND,
Plaintiff–Appellant,

v.

Patricia L. CARUSO, M.D.O.C.,
Director, Defendant–
Appellee.

No. 08–1397.

United States Court of Appeals,
Sixth Circuit.

July 8, 2009.

BEFORE: MOORE and McKEAGUE,
Circuit Judges, FORESTER, Senior
District Judge.*

## OPINION

FORESTER, Senior District Judge.

Plaintiff–Appellant, Leonard Arthur
Strickland, a *pro se* Michigan prisoner,
appeals a district court order granting the
defendants' motion to dismiss his civil
rights suit filed under 42 U.S.C. § 1983.
The district judge here dismissed the complaint *sua sponte* for failure to state a
claim, without service to the defendant.
In light of this court's recent decision in
*Jones v. Caruso*, 569 F.3d 258 (6th Cir.
2009), this disposition is not proper.
Therefore, we **VACATE** the judgment and
**REMAND** the case to the district court
for further proceedings consistent with the
decision in *Jones*.

McKEAGUE, J., concurring.

I agree that *Jones v. Caruso*, 569 F.3d
258 (6th Cir.2009), requires us to remand
for further proceedings. For the reasons
set out in my dissent from that opinion,
however, I remain convinced that the
*Jones* majority opinion erred in its analysis
of the Michigan Department of Correction's regulation of Uniform Commercial
Code materials.

* The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.